JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DUSTIN HARTON CHASE,
Petitioner,
v.
B. BIRKHOLZ, Warden,
Respondent.

Case No. CV 26-03410-DMG-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: October 21, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE